# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2808

United States of America

Appellee

v.

Courtney Clark, also known as Tank

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:12-cr-00014-SWW-4)

_____

## MANDATE

In accordance with the judgment of 09/03/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 13, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 20-2808 United States v. Courtney Clark "Mandate Issued" (4:12-cr-00014-SWW-4) |
| **Date:** | Tuesday, October 13, 2020 11:14:03 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/13/2020

**Case Name:** United States v. Courtney Clark
**Case Number:** 20-2808
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [4964802] [20-2808] (Nicole Wagstaff)

**Notice will be electronically mailed to:**

Ms. Anne E. Gardner, Assistant U.S. Attorney: anne.gardner2@usdoj.gov, valerie.andrews@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Cameron C. McCree, Assistant U.S. Attorney: cameron.mccree@usdoj.gov, francesca.grant@usdoj.gov, caseview.ecf@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Benecia Betton Moore, Assistant United States Attorney: benecia.moore@usdoj.gov, sonia.dickson@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Erin Siobhan O'Leary, Assistant U.S. Attorney: Erin.O'Leary@usdoj.gov, caseview.ecf@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, sonia.dickson@usdoj.gov
Honorable Susan Webber Wright, Senior District Judge: swwchambers@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Courtney Clark
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 26020
Beaumont, TX 77720-6020

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/NikiWagstaff_202808_4964802_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/13/2020] [FileNumber=4964802-0]
[8832c18d42b1536e5d9354e6442f4d402e2ce6c5ce7ba90a3174d74fa47183990516ed1cfddb41f2b9ee676fa130dfe145d23477521c53067b9211bd315d6594]]
**Recipients:**

- Mr. Courtney Clark
- Ms. Anne E. Gardner, Assistant U.S. Attorney
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Cameron C. McCree, Assistant U.S. Attorney
- Ms. Benecia Betton Moore, Assistant United States Attorney
- Ms. Erin Siobhan O'Leary, Assistant U.S. Attorney
- Honorable Susan Webber Wright, Senior District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4964802
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6629425